Form 1, P1 (11-82)

## FORM 1 VOLUNTARY PETITION

| United States Bankruptcy Court | VOLUNTARY PETITION |
|---|---|
| **District of** | |

| IN RE (Name of debtor-if individual, enter Last, First, Middle)<br>GARCIA, LUIS S. | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle)<br>GARCIA, JANET |
|---|---|
| ALL OTHER NAMES used by debtor in the last 6 years<br>(Include married, maiden and trade names)<br><br>NONE | ALL OTHER NAMES used by the joint debtor in the last 6 years<br>(Include married, maiden and trade names.)<br><br>JANET TEJADA |
| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>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 | SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>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 |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)<br><br>710 MURRAY STREET<br>(APT. #2)<br>ELIZABETH, NJ 07202 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip)<br><br>710 MURRY STREET<br>(APT. # 2)<br>ELIZABETH, NJ 07202 |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>UNION | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>UNION |
| MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>SAME | MAILING ADDRESS OF JOINT DEBTOR (If different from street address)<br><br>SAME |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR<br>(If different from addresses listed above)<br><br>SAME | ☐ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District. |

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| TYPE OF DEBTOR | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) |
|---|---|
| ☒ Individual ☐ Corporation Publicly Held<br>☐ Joint (H&W) ☐ Corporation Not Publicly Held<br>☐ Partnership ☐ Municipality<br>☐ Other _____ | ☐ Chapter 7 ☐ Chapter 11 ☐ Chapter 13<br>☐ Chapter 9 ☐ Chapter 12 ☐ § 304-Case Ancillary to Foreign Proceeding |
| **NATURE OF DEBT**<br>☒ Non-Business Consumer ☐ Business - Complete A&B below | **FILING FEE** (Check one box)<br>☐ Filing fee attached. |
| A. TYPE OF BUSINESS (check one box) | ☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). see Official Form No. 3 |
| ☐ Farming ☐ Transportation ☐ Commodity Broker<br>☐ Professional ☐ Manufacturing/ ☐ Construction<br>☐ Retail/Wholesale Mining ☐ Real Estate<br>☐ Railroad ☐ Stockbroker ☐ Other Business | NAME AND ADDRESS OF LAW FIRM OR ATTORNEY<br>ANNA C. LITTLE, ESQ., 300 KIMBALL STREET, STE. 106<br>WOODBRIDGE, NEW JERSEY 07095 |
| B. BRIEFLY DESCRIBE NATURE OF BUSINESS | Telephone No.  (732) 636-4901 |
| | NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR<br>ANNA C. LITTLE, ESQ. |
| **STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)**<br>(Estimates only) (Check applicable boxes) | ☐ Debtor is not represented by an attorney. Telephone no. of debtor not represented by an attorney. (    ) |

| STATISTICAL ADMINISTRATIVE INFO (continued) | |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution<br>☐ Debtor estimates that after any exempt property is excluded and expenses paid, there will be no funds available for distribution | |

**ESTIMATED NUMBER OF CREDITORS**
☐ 1-15   ☐ 16-49   ☐ 50-99   ☐ 100-199

**ESTIMATED ASSETS** (in thousands of dollars)
☒ Under 50   ☐ 50-99   ☐ 100-499   ☐ 500-999   ☐ 1000-9999

**ESTIMATED LIABILITIES** (in thousands of dollars)
☒ Under 50   ☐ 50-99   ☐ 100-499   ☐ 500-999   ☐ 1000-9999

**ESTIMATED NUMBER OF EMPLOYEES -CH 11 & 12 ONLY**
☐ 0   ☐ 1-19   ☐ 20-99

**ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CH 11**
☐ 0   ☐ 1-19   ☐ 20-99

---

### UNITED STATES BANKRUPTCY COURT
**DISTRICT OF NEW JERSEY**   RECEIPT

Case # 01-43460 nNLW   Chapter 7   # 000160374 - BH

Filed: 08:30 AM, 12/13/01   Newark

01:23 PM, December 13, 2001

| Code | Qty | Amount |
|---|---|---|
| NF | 1 | $30.00 |
| 07 | 1 | $170.00 |

Judge: Novalyn L. Winfield
Trustee: Nicholas J. Delzotti
Debtor(s):
  Luis S. Garcia
  Janet Garcia

**First Meeting of Creditors**
10:00 AM, January 18, 2002
One Newark Center
One Newark Center
Suite 1401, Office of the US Trustee
Newark, NJ 07102-5504

ORIGINAL

**TOTAL PAID: $200.00**

From:  Anna C. Little
300 Kimball Street
Suite 106
Woodbridge, NJ 07095-0000

2

Form 1, F2 (6-90)    Julius Blumberg Inc. NYC 10013

Name of Debtor  LUIS S. GARCIA, JANET TEJADA    Case No. _____

(Court use only)

## FILING OF PLAN

For Chapter 9, 11,12 and 13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____ is attached.

☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| | | |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (If more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

## REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

## SIGNATURES

### ATTORNEY

X _____    Date
Signature

| INDIVIDUAL /JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized. |
| (X) _____ <br> Signature of Debtor <br> Date | X _____ <br> Signature of Authorized Individual <br><br> _____ <br> Print or Type Name of Authorized Individual |
| (X) Janet Tejada _____ <br> Signature of Joint Debtor <br> Date | _____ <br> Title of Individual Authorized by Debtor to File this Petition <br> Date |

### EXHIBIT 'A' ( To be completed if debtor is a corporation requesting relief under chapter 11.)

☐ Exhibit "A" is attached and made a part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7,11,12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

(X) _____    Date
Signature of Debtor

(X) Janet Tejada _____    Date
Signature of Joint Debtor

### EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they ) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____    Date
Signature of Attorney

Form B6 (6-90)

**UNITED STATES BANKRUPTCY COURT**          **DISTRICT OF   NEW JERSEY**

In re:   LUIS S. GARCIA AND JANET TEJADA          Debtor(s)          Case No.                    (If Known)

See summary below for the list of schedules. Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS: Schedules D, E and F have been designed for the listing of each claim only once. Even when a claim is secured only in part, or entitled to priorityonly in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes/No) | Number of sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | Y | 1 | 0.00 | | |
| B - Personal Property | Y | 1 | | | |
| C - Property Claimed as Exempt | Y | 1 | | | |
| D - Creditors Holding Secured Claims | Y | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Y | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 4 | | $55,163.71 | |
| G - Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Individual Debtor(s) | Y | 1 | | | |
| J - Current Expenditures of Individual Debtor(s) | Y | 1 | | | |
| Total Number of Sheets of All Schedules | | 19 | | | |
| Total Assets | | | $0 | | |
| Total Liabilities | | | | $55,163.71 | |

In re: LUIS S. GARCIA AND JANET TEJADA

Debtor(s)       Case No.       (If known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total ->  $                    (Report also on Summary of Schedules.)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | FIRST UNION ELIZABETH, NJ ACCT. NO.: 1010018081806 | | $ 43.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | BED, DINETT, SOUNDSYSTEM, LIVING ROON SET, 3 TELEVISIONS, COMPUTER, MICROWAVE, STOVE, REFRIGERATOR | | 10,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | VARIED CASUL CLOTHING | | $ 1,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

3072 · 1991 JULIUS BLUMBERG, INC., NYC 10013

Form B6B (12/90) Julius Blumberg, Inc. NYC 10013

**PERSONAL PROPERTY**

In re: LUIS S. GARCIA AND JANET TEJADA

| | | Debtor(s) | | Case No. | | (if known) |

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interest in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | TAX REFUNDS 2000 | | $4,147.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | CHEVY-CAVALIER 1986 | | $500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules) Total -> $15,690.00

_____ continuation sheets attached

3072 · 1991 JULIUS BLUMBERG, INC. NYC 10013

In re:   LUIS S. GARCIA AND JANET TEJADA                                          Debtor(s)        Case No.                        (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| FIRST UNION ACCT. 101001808 1806 | 11 USC 522(b)(1) | $ 43.00 | $ 43.00 |
| Household furnishing | 11 USC 522 (b)(1) | | $ 10,000.00 |
| Clothing | 11 USC 522 (b)(1) | | $ 1,000.00 |
| Chevy-Cavalier 1986 | 11 USC  522 (b)(1) | | $ 500.00 |
| 2000 TAX REFUNDS | | | $ 4,147.00 |

In re: **LUIS GARCIA AND JANET TEJADA**

Debtor(s)     Case No.     (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |

_____ continuation sheets attached

Subtotal -> (Total of this page)    $

Total -> (use only on last page)    $    0 , 00

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

3072 © 1991 JULIUS BLUMBERG, INC., NYC 10013

In re:  LUIS GARCIA AND JANET TEJADA
          Debtor(s)          Case No.                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

TYPE OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507 (a) (2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a) (5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507 (a) (6)

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507 (a) (7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a) (8).

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D * | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| | | | Subtotal -> (Total of this page) | | $ | |
| | | | Total -> (use only on last page of the completed Schedule E) | | $     0 . 0 0 | |

_____ Continuation sheets attached.

(Report total also on Summary of Schedules)

* If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

3072© 1991 JULIUS BLUMBERG, INC. NYC 10013

3072-E

Julius Blumberg, Inc. NYC 10013

Form ... Case 01-43460-NLW Doc 1 Filed 12/13/01 Entered 12/13/01 13:20:00 Desc
Converted from ECM (10441375) Page 9 of 25

In re: LUIS GARCIA AND JANET TEJADA

           Debtor(s)     Case No.           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D* | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # LCA 9229C8931940 | | | | | |
| AMERICAN MEDICAL COLLECTION 2269 S. SAW MILL RIVER RD. ELMSFORD, NY 10523 | | | | | $ 37.00 |
| A/C # LCA 912014246450 | | | | | |
| AMERICAN MEDICAL COLLECTION 2269 S. SAW MILL RIVER R. ELMSFORD, NY 12523 | | | | | $ 61.00 |
| A/C # LCA 008491932890 | | | | | |
| AMERICAN MEDICAL COLLECTION 2269 S. SAW MILL RIVER RD. ELMSFORD, NY 12523 | | | | | $ 512.00 |
| A/C # LCA 916991950050 | | | | | |
| AMERICAN MEDICAL COLLECTION 2269 S. SAW MILL RIVER RD. ELMSFORD, NY 12523 | | | | | $ 63.00 |
| A/C # 6-252-5314 | | | | | |
| W.J. CISZCZON/CORP. ATTORNEY UNITED CONSUMER FINANCIAL SERV. 865 BASSETT RD, WESTLAKE, OH | | | | | $ 138.55 |
| A/C # 03 59449 14214 0 | | | | | |
| SEARS CHARGE PLUS P.O. BOX 182149 COLUMBUS, OH 43218 | | | | | $ 3,500.92 |
| A/C # 03 60709 28169 3 | | | | | |
| SEARS PREMIER CARD P.O. BOX 818017 CLEVELAND, OH 44181 | | | | | $ 2,477.05 |
| A/C # 061852874 | | | | | |
| VERIZON WIRELESS | | | | | $ 164.50 |
| A/C # 722061852874 | | | | | |
| PCS P.O. BOX 397 FARMINGDALE, NY 11735-0397 | | | | | $ 164.50 |

Sheet no. 1 of 4 sheets attached to Schedule of Creditors Holding Nonpriority Claims.

Subtotal -> (Total of this page)   $ 7,118.52

Total -> (use only on last page of completed Schedule F.)   $
(Report total also on Summary of Schedules)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

Julius Blumberg, Inc. NYC 10013

Form B6-F Cont. 110-28) Case 01-43480-NLW Doc 1 Filed 12/13/01 Entered 12/13/01 13:20:00 Desc
Converted from ECM (10441375) Page 10 of 25

In re: LUIS GARCIA AND JANET TEJADA | Debtor(s) | Case No. | (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # JBA9193CB8<br>FARR, BURKE, GAMBACORTA & WRIGHT, 211 BENIGNO BLVD. BELLMAWR, NJ 08099 | | | | | $ 6,934.75 |
| A/C # 63633300<br>LABCORP OF AMERICA HOLDINGS P.O. BOX 2240 BURLINGTON, NC 27216 | | | | | $ 43.00 |
| A/C # 9920729<br>EE&C FINANCIAL SERVICES 60 PARK PLACE NEWARK, NJ | | | | | $ 265.20 |
| A/C # 1012054<br>NJ ANESTHESIA GROUP P.O. BOX 1593 SECAUCUS, NJ 07096 | | | | | $ 450.00 |
| A/C # TEJADJAN<br>ADEZA BIOMEDICAL CORP. 220 STANDIFORD AVE (F) MODESTO, CA 95350 | | | | | $ 127.20 |
| A/C # 61357869<br>LABCORP OR AMERICA HOLDINGS P.O. BOX 2240 BURLINGTON, NC 27216 | | | | | $ 512.00 |
| A/C # 28630918<br>LABCORP OF AMERICA P.O. BOX 2240 BURLINGTON, NC 27216 | | | | | $ 61.00 |
| A/C # 33155259<br>LABCORP OF AMERICA P.O. BOX 2240 BURLINGTON, NC 2721 | | | | | $ 63.00 |
| A/C # 17349155<br>LAB CORP OF AMERICA P.O. BOX 2240 BURLINGTON, NC 27216 | | | | | $ 409.25 |

Sheet no. _____ of _____ sheets attached to Schedule of Creditors Holding Nonpriority Claims.

Subtotal -> (Total of this page) | $ 8,865.40

Total -> (use only on last page of completed Schedule F.) (Report total also on Summary of Schedules)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

397 • 1991 JULIUS BLUMBERG, INC., NYC 10013

In re: LUIS GARCIA AND JANET TEJADA      Debtor(s)      Case No.      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD* | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 61252088 LABCORP OF AMERICA P.O. BOX 2240 BURLINGTON, NC 27216 | | | | | $ 43.00 |
| A/C # 38911568 LABCORP OF AMERICA P.O. BOX 2240 BURLINGTON, NC 27216 | | | | | $ 37.00 |
| A/C # 4128003189842613 CITICORP CREDIT SERV. INC. 7920 NW 110TH STREET KANSAS CITY, MO 64153 | | | | | $ 1,426.10 |
| A/C # JBA9193CB8 FOR MOTOR CREDIT COMPANY P.O. BOX 55000 DETROIT, MI 48285 | | | | | $ 6,934.75 |
| A/C # 807535236 VOLKSWAGEN CREDIT P.O. BOX 7498 LIBERTYVILLE, IL | | | | | $ 990.20 |
| A/C # 3000629392 A&M MERCHANDISING, INC. 346 BELLEVILLE TURNPIKE NORTH ARLINGTON, NJ | | | | | $ 10.00 |
| A/C # 39811393 TRINITAS HOSPITAL 925 E. JERSEY STREET ELIZABETH, NJ | | | | | $ 280.00 |
| A/C # 5291071519900128 COLLECTECH SYSTEMS 3111 S. DIXIE HIGHWAY WEST PALM BEACH, FL | | | | | $ 572.27 |
| A/C # 022451483 QUEST DIAGNOSTICS INC. P.O. BOX 64813 BALTIMORE, MD 21264-4813 | | | | | $ 176.30 |

Sheet no. _____ of _____ sheets attached to Schedule of Creditors Holding Nonpriority Claims.

Subtotal -> (Total of this page)    $ 10,469.62

Total -> (use only on last page of completed Schedule F.) (Report total also on Summary of Schedules)    $

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

In re: LUIS GARCIA AND JANET TEJADA                    Debtor(s)         Case No.                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 025624723 | | | | | |
| QUEST DIAGNOSTICS P.O. BOX 64813 BALTIMORE, MD | | | | | $ 93.75 |
| A/C # 022205090 | | | | | |
| QUEST DIAGNOSTICS INCOR. P.O. BOX 64813 BALTIMORE, MD | | | | | $ 317.50 |
| A/C # 023166575 | | | | | |
| QUEST DIAGNOSTICS INCORP. P.O. BOX 64813 BALTIMORE, MD 21264 | | | | | $ 228.00 |
| A/C # 9071G4200850 | | | | | |
| AMERICAN MEDICAL COLLECTION 2269 S. SAW MILL RIVER ROAD ELMSFORD, NY 10523 | | | | | $ 139.00 |
| A/C # 5291071519900128 | | | | | |
| EQUIFAX 7324 S.W. FREEWAY(SUITE 1200) HOUSTON, TEXAS 77074 | | | | | $ 499.92 |
| A/C # | | | | | |
| ST. ELIZABETH HOSPITAL P.O. BOX 27998 NEWARK - NJ 07101 | | | | | $ 27,431.00 |
| A/C # 82751686 | | | | | |
| | | | | | |
| A/C # | | | | | |
| | | | | | |
| A/C # | | | | | |
| | | | | | |

Sheet no. _____ of _____ sheets attached to Schedule of Creditors Holding Nonpriority Claims.

Subtotal ->
(Total of this page)    $ 28,709.17

Total ->    $ 55,162.71
(use only on last page of completed Schedule F.)
(Report total also on Summary of Schedules)

*If contingent, enter C; If unliquidated, enter U; If disputed, enter D.

357 - 1991 JULIUS BLUMBERG, INC., NYC 10013

In re: LUIS S. GARCIA AND JANET TEJADA    Debtor(s)    Case No.    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

3972 ★ 1991 JULIUS BLUMBERG, INC., NYC 10013

Form B6 H (6-90) Julius Blumberg, Inc. NYC 10013

In re:   LUIS S. GACIA AND JANET TEJADA                    Debtor(s)        Case No.                    (If known)

## SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

3072 © 1991 JULIUS BLUMBERG, INC., NYC 10013

In re: **LUIS S. GARCIA AND JANET TEJADA**      Debtor(s)      Case No.      (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | **NAMES** | **AGE** | **RELATIONSHIP** |
| MARRIED | YANICE M. Garcia | 5 months | DAUGHTER |
| | SAUL A. Garcia | 1 yr | SON |
| | LUIS A. Garcia | 7 yrs | SON |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | N/A |
| Name of Employer | INDUSTRIAL TUBE CORP. | |
| How long employed | 14 years | |
| Address of Employer | P.O. BOX 127 FlagTOWN, NJ 08821 | P.O.Box 957 Sommerville NJ |

**Income:** (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 337.76/weekly | $ - 0 - |
| Estimate monthly overtime | | |
| SUBTOTAL | $ | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | | |
| b. Insurance | | |
| c. Union dues | | |
| d. Other (Specify) | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | $ |

Regular income from operation of business or profession or farm
(attach detailed statement)
Income from real property
Interest and dividends
Alimony, maintenance or support payments payable to the debtor for the debtor's
use or that of dependents listed above.
Social security or other government assistance (Specify)

Pension or retirement income
Other monthly income (Specify)

| | DEBTOR | SPOUSE |
|---|---|---|
| TOTAL MONTHLY INCOME | $ 1,452.00 | $ |
| TOTAL COMBINED MONTHLY INCOME | $ 1,452.00 | (Report also on Summary of Schedules) |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year
following the filing of this document:

3072 - 1991 JULIUS BLUMBERG, INC., NYC 10013



In re:  LUIS S. GARCIA AND JANET TEJADA                           Debtor(s)        Case No.                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 720.00 |
| Are real estate taxes included? ☐ Yes ☐ No    Is property insurance included? ☐ Yes ☐ No | |
| Utilities  Electricity and heating fuel | 300.00 |
|     Water and sewer | |
|     Telephone | 20.00 |
|     Other | |

| | |
|---|---|
| Home maintenance (repairs and upkeep) | |
| Food | $400.00 |
| Clothing | |
| Laundry and dry cleaning | 80-00 |
| Medical and dental expenses | 150-00 |
| Transportation (not including car payments) | |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| Charitable contributions | |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | |
|     Life | |
|     Health | |
|     Auto | 95.00 |
|     Other | |

Taxes (not deducted from wages or included in home mortgage payments)
(Specify)

| | |
|---|---|
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | |
|     Other | |

| | |
|---|---|
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at your home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other | |

| | |
|---|---|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 1,765.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A.  Total projected monthly income | $ |
| B.  Total projected monthly expenses | $ |
| C.  Excess income (A minus B) | $ |
| D.  Total amount to be paid into plan each _____ | $ |
|                           (interval) | |

3072 • 1991 JULIUS BLUMBERG, INC., NYC 10013

In re:   LUIS S. GARCIA AND JANET TEJADA                    Debtor(s)        Case No.

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that
they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date                                          Signature: _____

                                                                    Debtor

Date                                          Signature: _____

                                                              (Joint Debtor, if any)

(If joint case, both spouses must sign.)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an
authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case,
declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and
that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date                                          Signature: _____

(Pint or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

3072 © 1991 JULIUS BLUMBERG, INC., NYC 10013

UNITED STATES BANKRUPTCY COURT                    DISTRICT OF

In re:  LUIS S. GARCIA AND JANET TEJADA                    Debtor(s)          *Case No.*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

☐ None  **1. Income from Employment or Operation of Business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give AMOUNT and SOURCE (if over than one).

2001  $ 17,560.53 Luis / $ 0 Janet

2000  30,509.00 Luis / $3,012.00 Janet

1999  24,345.00 Luis / $ 3,831.00 Janet

☒ None  **2. Income Other than from Employment or Operation of Business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give AMOUNT and SOURCE.

### 3. Payments to Creditors

☒ None  a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR, DATES OF PAYMENTS, AMOUNT PAID and AMOUNT STILL OWING.

☒ None  b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING.

### 4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments

☒ None  a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT OR AGENCY AND LOCATION and STATUS OR DISPOSITION.

☒ None  b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year

immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY

☐ None    **5. Repossessions, Foreclosures, and Returns**

*List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

Give NAME AND ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION AND VALUE OF PROPERTY.

**6. Assignments and Receiverships**

☒ None    a. *Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

Give NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT.

☒ None    b. *List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

Give NAME AND ADDRESS OF CUSTODIAN, NAME AND LOCATION OF COURT, CASE TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF PROPERTY.

☒ None    **7. Gifts**

*List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

Give NAME AND ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP TO DEBTOR, IF ANY, DATE OF GIFT, and DESCRIPTION AND VALUE OF GIFT.

☒ None    **8. Losses**

*List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

Give DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUMSTANCES AND IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS and DATE OF LOSS.

☐ None    **9. Payments Related to Debt Counseling or Bankruptcy**

*List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.*

Give NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

☒ None    **10. Other Transfers**

*List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

Give NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR, DATE, and DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED.

YES, FORD MOTOR ON 7/01

$ 750.00 TO ANNA C. LITTLE, ESQ. FOR
PHILIP E. DI GIOVANNI, ESQ.

☐ None    **11. Closed Financial Accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF INSTITUTION, TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE OR CLOSING.

FIRST UNION
ELIZABETH, NJ
ACCT. NO.;
101001808180 6

☒ None    **12. Safe Deposit Boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY.

☒ None    **13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OR CREDITOR, DATE OF SETOFF and AMOUNT OF SETOFF.

☒ None    **14. Property Held for Another Person**

List all property owned by another person that the debtor holds or controls.

Give NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE OF PROPERTY and LOCATION OF PROPERTY.

☒ None    **15. Prior Address of Debtor**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

Give ADDRESS, NAME USED and DATES OF OCCUPANCY.

**Unsworn Declaration under Penalty of Perjury.**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature of Debtor X _____

Date _____    Signature of Joint Debtor (if any) X _____

_____ continuation sheets attached  .

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.**

30% 3A © 1991 Julius Blumberg, Inc.

**UNITED STATES BANKRUPTCY COURT**                                **DISTRICT OF**

In re   LUIS S. GARCIA AND JANET TEJADA          Debtor(s)          Case No.                    (If Known)

## CHAPTER 13 PLAN

*(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used they shall be read as if in the plural.)*

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the *debtor — debtor's employer* shall pay to the trustee the sum of $            *weekly — bi-weekly — semi-monthly — monthly*    for a period of

2. From the payments so received, the trustee shall make disbursements as follows:
   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.

   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

                                          N/A

   (c) *Subsequent to — pro rata with* dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

3. The following executory contracts of the debtor are rejected:

        Title to the debtor's property shall revest in the debtor *on confirmation of a plan — upon dismissal of the case after confirmation pursuant to 11 U.S.C. §350.*

Dated:                    ........................................................          ........................................................
                                              *Debtor*                                                   *Debtor*

Acceptances may be mailed to.. ........................................................          ........................................................
                                                                                    *Post Office Address*

© 1991 JULIUS BLUMBERG, INC., NYC 10013

Form B8 (6-90)   Julius Blumberg, Inc. NYC 10013

**UNITED STATES BANKRUPTCY COURT**                    **DISTRICT OF**

In re:   LUIS S. GARCIA AND JANET TEJADA          Debtor(s)   Case No.
                                                              Chapter

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. My intention with respect to the property of the estate which secures those consumer debts is as follows:
   a. *Property to Be Surrendered.*

| Description of property | Creditor's name | H,W or J |
|---|---|---|
| NONE | | |

b. *Property to Be Retained (Specify Reaff'd, Red'd or Exempt to state debtor's intention concerning reaffirmation, redemption, or lien avoidance*.)*

| Description of property | Creditor's name | Reaff'd Red'd Exempt |
|---|---|---|
| ACCOUNT NO.: 1010018081806, FIRST UNION | | EXEMPT |
| BED, DINETT, SOUNDSYSTEM, LIVING ROOM SET | | EXEMPT |
| 3 TELEVISIONS, COMPUTER, MICROWAVE, | | EXEMPT |
| STOVE, REFRIGERATOR | | EXEMPT |
| 1986/CHEVY CAVALIER | | EXEMPT |
| CLOTHING | | EXEMPT |
| TAX REFUNDS | | EXEMP |

3. I understand that § 521 (2) (B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date:

x ................. *Signature of Debtor*

x ................. *Signature of Debtor*

* Reaff'd - Debt will be reaffirmed pursuant to § 524(c)
  Red'd   - Property is claimed as exempt and will be redeemed pursuant to § 722
  Exempt  - Lien will be avoided pursuant to § 522(f) and property will be claimed as exempt

3073 • 1991 JULIUS BLUMBERG, INC., NYC 10013

UNITED STATES BANKRUPTCY COURT                    DISTRICT OF NEW JERSEY

In re    LUIS S. GARCIA AND JANET TEJADA          Debtor(s)      Case No.                      (If Known)

## STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

   (1) The undersigned is the attorney for the debtor(s) in this case.

   (2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

      (a) for legal services rendered or to be rendered in contemplation of and in connection
         with this case                                               $ 750.00

      (b) prior to filing this statement, debtor(s) have paid               $ 750.00

      (c) the unpaid balance due and payable is                   $ - 0 -

   (3) $ 200.00   of the filing fee in this case has been paid.

   (4) The services rendered or to be rendered include the following:

      (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
         petition under title 11 of the United States Code.

      (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

      (c) representation of the debtor(s) at the meeting of creditors.

   (5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
      performed, and

            NONE OTHER

   (6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
      earnings, wages and compensation for services performed, and

            NONE OTHER

   (7) The undersigned has received no transfer, assignment or pledge of property execept the following for the value stated:

            NONE

   (8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
      any compensation paid or to be paid except as follows:

       PHILIP E. DI GIOVANNI, ESQ., FOR SUPPORT SERVICES AND OFFICE USE.

Dated:              Respectfully submitted................................................................................................ *Attorney for Petitioner*

*Attorney's name and address* C/O PHILIP E. DI GIOVANNI, ESQ. 315 RAHWAY AVENUE, ELIZABETH, NJ 07202

* 1991 JULIUS BLUMBERG, INC., NYC 10013

AMERICAN MEDICAL COLLECTION
2269 S. SAW MILL RIVER ROAD.
ELMSFORD, NY 10523

W.J. CISZCZON/CORP. ATTORNEY
UNITED CONSUMER FINANCIAL SERV.
865 BASSETT ROAD
WESTLAKE, OH

SEARS CHARGE PLUS
P.O. BOX 182149
COLUMBUS, OH 43218

SEARS PREMIER CARD
P.O. BOX 818017
CLEVELAND, OH 44181

VERIZON WIRELESS

PCS
P.O. BOX 397
FARMINGDALE, NY 11735-0397

FARR, BURKE, GAMBACORTA & WRIGHT
211 BENIGNO BLVD.
BELLMAWR, NJ 08099

LABCORP OF AMERICA HOLDINGS
P.O. BOX 2240
BURLINGTON, NC 27216

EE&C FINANCIAL SERVICES
60 PARK PLACE
NEWARK, NEW JERSEY

NJ ANESTHESIA GROUP
P.O. BOX 1953
SECAUCUS, NJ 07096

ADEZA BIOMEDICAL CORP.
220 STANDIFORD AVENUE (F)
MODESTO, CA 95350

CITICORP CREDIT SERV. INC.
7920 NW 110TH STREET
KANSAS CITY, MO 64153

FORD MOTOR CREDIT COMPANY
P.O. BOX 55000
DETROIT, MI 48285

VOLKSWAGEN CREDIT
P.O. BOX 7498
LIBERTYVILLE, IL

A&M MERCHANDISING, INC.
346 BELLEVILLE TURNPIKE
NORTH ARLINGTON, NJ

TRINITAS HOSPITAL
925 E. JERSEY STREET
ELIZABETH, NEW JERSEY

COLLECTECH SYSTEMS
3111 S. DIXIE HIGHWAY
WEST PALM BEACH, FL

QUEST DIAGNOSTICS INC.
P.O. BOX 64813
BALTIMORE, MD 21264-4813

EQUIFAX
7324 S.W. FREEWAY (SUITE 1200)
HOUSTON, TX 77074

ST. ELIZABETH HOSPITAL
P. O. BOX 27998
NEWARK. NJ 07101